UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

KASSAB INTERNATIONAL LLC,

                   Plaintiff,

    - against -

JDH INTERNATIONAL LLC,

                  Defendant.

------------------------------------------------------------------X

**JUDGE STEIN**

**'07 CIV 6961**

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: August 2, 2007
      New York, NY

**RECEIVED**

AUG 02 2007

U.S.D.C. S.D. N.Y.
CASHIERS

             The Plaintiff,
             KASSAB INTERNATIONAL LLC

             By: _Charles E. Murphy_
                Charles E. Murphy (CM 2125)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com