CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| KASSAB INTERNATIONAL, LLC | : | |
| | : | |
| Plaintiff, | : | **07-CV-6961** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| JDH INTERNATIONAL, LLC | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
         August 22, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

               By: _____
                     Richard J. Reisert (RR-7118)
                     7800 River Road
                     North Bergen, NJ  07047
                     Tel: (201) 537-1200
                     Fax: (201) 537-1201
                     Email:  reisert@navlaw.com