```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KASSAB INTERNATIONAL LLC,                   :        07 Civ. 6961 (SHS)

                         Plaintiff,         :        ORDER FOR INITIAL
                                                     PRETRIAL CONFERENCE
        -against-                           :

JDH INTERNATIONAL, LLC,                     :

                         Defendant.         :

-----------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes.  Counsel for all
parties are required to register promptly as filing users in accordance with the Procedures
for Electronic Case Filing.

        Counsel are directed to appear in courtroom 23A on June 26, 2008, at 10:00
a.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16.  At that time, counsel
for all parties must appear prepared to discuss the progress of the case and the scheduling of
discovery proceedings, any dispositive motions, the feasibility of settlement or alternative
dispute resolution, the dates for future conferences, and the submission of a joint pretrial
order.

        Plaintiff's attorney shall send a copy of this Order to defendant's attorney.

        Attorneys are directed to consult the SDNY Procedures for Electronic Case
Filing and Judge Stein's Individual Rules for matters assigned to him.


Dated: New York, New York
       June 18, 2008

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.