```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KASSAB INTERNATIONAL LLC,          :
                                   :
                   Plaintiff,      :      07 Civ. 6961
                                   :
         - against -               :      ECF CASE
                                   :
JDH INTERNATIONAL LLC.             :
                                   :
                   Defendant.      :
------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 25, 2008
       Southport, CT

                                   The Plaintiff,
                                   KASSAB INTERNATIONAL LLC.

                              By:  _____
                                   Charles E. Murphy (CM 2125)
                                   LENNON, MURPHY & LENNON, LLC
                                   420 Lexington Ave., Suite 300
                                   New York, NY 10170
                                   Phone (212) 490-6050
                                   Fax (212) 490-6070
                                   cem@lenmur.com

                                              SO ORDERED 6/25/08

                                              _____
                                              SIDNEY H. STEIN
                                                   U.S.D.J.